IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**AVERY V. COLLINS,**

*Plaintiff*,
v.                                          Case No.: 4:23cv281-MW/MAF

**GOV. RON DESANTIS, et al.,**

*Defendants*.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. This Court previously granted Plaintiff two extensions of time to file objections based on changes of address. ECF Nos. 8 and 12. But no objection has been filed since this Court's most recent extension and no mail has since been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint

is **DISMISSED without prejudice** as a shotgun pleading and for failure to comply with Court Orders." The Clerk shall close the file.

    **SO ORDERED on November 6, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
